```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05365
   ALONZO LOGWOOD JR
   LILLIE B LOGWOOD JR                          CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1104     SSN XXX-XX-0472

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/17/2005 and was confirmed 04/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.84% from remaining funds.

     The case was paid in full 04/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
CHICAGO PATROLMENS FED C  SECURED           38474.90        1794.83       38474.90
WELLS FARGO BANK NA       CURRENT MORTG          .00            .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED           222.87            .00          46.45
ASSOCIATES NATIOANAL BAN  UNSECURED OTH      9693.32            .00        2019.80
ECAST SETTLEMENT CORP     UNSECURED          5905.25            .00        1230.65
BLAIR CORPORATION         UNSECURED           605.32            .00         126.15
RESURGENT ACQUISITION LL  SPECIAL CLASS       522.35            .00         522.35
CAPITAL ONE BANK          UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK          FILED LATE         1947.58            .00            .00
CAPITAL ONE BANK          FILED LATE          657.48            .00            .00
RESURGENT ACQUISITION LL  UNSECURED          2053.39            .00         427.93
RESURGENT ACQUISITION LL  UNSECURED           221.78            .00          46.22
CITI CARD                 UNSECURED        NOT FILED            .00            .00
RESURGENT ACQUISITION LL  UNSECURED          3718.95            .00         775.03
ROUNDUP FUNDING LLC       UNSECURED          8472.33            .00        1765.63
CREDIT PROTECTION         UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1544.22            .00         321.82
DISCOVER FINANCIAL SERVI  UNSECURED          7250.36            .00        1510.98
DISCOVER                  NOTICE ONLY      NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED          7816.76            .00        1629.01
EXXON  MOBIL              UNSECURED        NOT FILED            .00            .00
FINANICAL RECOVERY SERVI  UNSECURED        NOT FILED            .00            .00
FIRST USA BANK NA         UNSECURED        NOT FILED            .00            .00
1ST NATIONAL BANK OF OMA  UNSECURED          3751.53            .00         781.82
ECAST SETTLEMENT CORP     UNSECURED           267.03            .00          55.65
ECAST SETTLEMENT CORP     UNSECURED         10627.00            .00        2214.67
HHLD BANK                 UNSECURED        NOT FILED            .00            .00
LEASECOMM CORP            UNSECURED        NOT FILED            .00            .00
MARSHALL FIELDS           UNSECURED           932.66            .00         194.37
MARSHALL FIELDS           UNSECURED           932.66            .00         194.37
MBNA AMERICA              UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 05365 ALONZO LOGWOOD JR & LILLIE B LOGWOOD JR
```

```
SHELL CITICARD            UNSECURED       NOT FILED            .00            .00
WAL MART STORES INC       UNSECURED       NOT FILED            .00            .00
WELLS FARGO CARD SERVICE  UNSECURED         2774.20            .00         578.14
AMERICAN EXPRESS TRAVEL   UNSECURED          264.56            .00          55.13
AMERICAN EXPRESS TRAVEL   UNSECURED           24.95            .00           5.20
WELLS FARGO BANK NA       SECURED NOT I     283.06             .00            .00
ROUNDUP FUNDING LLC       UNSECURED        10749.16            .00        2240.12
DISCOVER FINANCIAL SERVI  UNSECURED       NOT FILED            .00            .00
AMERIQUEST MORTGAGE       NOTICE ONLY     NOT FILED            .00            .00
AMERIQUEST MORTGAGE       NOTICE ONLY     NOT FILED            .00            .00
JOHN ELLSWORTH            DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                        3,289.53
DEBTOR REFUND             REFUND                                             4.26

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              60,305.01

PRIORITY                                              .00
SECURED                                         38,474.90
    INTEREST                                     1,794.83
UNSECURED                                       16,741.49
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             3,289.53
DEBTOR REFUND                                        4.26
                     ---------------         ---------------
TOTALS               60,305.01                  60,305.01
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 07/29/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                        PAGE   2
       CASE NO. 05 B 05365 ALONZO LOGWOOD JR & LILLIE B LOGWOOD JR